# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert W. Johnson

**DEFENDANTS**
ACE Property and Casualty Insurance Company

**(b)** County of Residence of First Listed Plaintiff  Jefferson
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert W. Johnson: 112 Court St.; APT. 2; Watertown, NY

Attorneys *(If Known)*
N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
440 Other Civil Rights:
Brief description of cause:
Due Process Rights Violations.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ $100,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 01/14/2022
SIGNATURE OF ATTORNEY OF RECORD  Robert W. Johnson

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Defendants:

Devon Daemer, ACE CHUBB, Dream Hotel Group LLC, Benjamin Mize, North American Risk Services, Inc., State National Insurance Company, Wyndham Hotels & Resorts, Inc., Manny Chohan, Joseph Caamano, North America Claims, TPA Oversight, CHUBB, Andrea Crawley, Thomas Pirsas, Hillary Price, Caroline Doud, Mount Sinai West Hospital, Mount Sinai EMS, Jonathan Hernandez, Kirt Grant, Chubb/ACE, LEXINGTON, Continental Indemnity Company, Travelers Casualty Insurance Company of America, Zurich Insurance, Days Inn Worldwide, Inc., Wyndham Hotel Group, LLC,

(cont.)

Defendants:

Kokkoris Insurance Services, Beverly Hotel Associates LLC, Paulette Porfyris, ACORD Corporation, Debbie Bell, State National Companies, Wyncare Customer Care, Days Inn, POLICY # PUMBI9-A-G27659986, Thomas Pirsos, POLICY# IPSN20090002, Beverly Hotel Associates LLC, Rabinder Singh, Karen Bromm & Days Inn ® by Wyndham Facility 15465-80571-01.

Statement of Facts:

Robert W. Johnson was injured on 06/25/2020 at Days Inn by Wyndham Facility 15465-80571-01 : 200 W. 55TH St. : New York, NY 10019 : Beverly Hotel Associates LLC, Days Inn, Dream Hotel Group LLC, Days Inn Worldwide Inc., Wyndham Hotel Group LLC & Wyndham Hotels & Resorts Inc.. Robert W. Johnson was rushed to Mount Sinai West Hospital via Mount Sinai EMS. Jonathan Hernandez and Kirt Grant of Mount Sinai West Hospital failed to properly transport & treat Robert W. Johnson and Robert W. Johnson was injured while exiting Days Inn : 200 W. 55TH St. : New York, NY 10019 hallway due to building code violations.

Statement of Facts:

Mount Sinai West Hospital failed to properly treat Robert W. Johnson on 06/25/2020. ACE Property and Casualty Insurance Company, ACE CHUBB, North American Risk Services Inc., State National Insurance Company, North America Claims TPA Oversight, CHUBB, CHUBB/ACE, Lexington, Continental Indemnity Company, Travelers Casualty Insurance Company of America, Zurich Insurance, Beverly Hotel Associates LLC, Hillary Price, Caroline Doud, Andrea Crawley, Manny Chohan, Thomas Pirsos, Benjamin Mize, Devon Daemer, Joseph Caamano, Karen Bromm, Kokkoris Insurance Services, Paulette Porfyris, Debbie Bell, ACORD Corporation,

(cont.)

Statement of Facts: (cont.)
Wyncare Customer Care, Rabinder Singh, POLICY# PUMB19-A-G276599 and POLICY# IPSN20090002 failed to provide Robert W. Johnson proper insurance coverage for his sustained injuries at above-said locations. All defendants have failed to provide Robert W. Johnson insurance coverages and other services entitled to Robert W. Johnson.

*Robert W. Johnson*
Robert W. Johnson                    01/18/2022

ROBERT W. JOHNSON
112 COURT ST.
    APT. 2
WATERTOWN, NY 13601

        COURT CLERK
U.S. COURTHOUSE
601 MARKET ST.
PHILADELPHIA, PA 19106

U.S. POSTAGE PAID
FCM LG ENV
WATERTOWN, NY
13601
JAN 18, 22
AMOUNT
$1.56
R2304M109987-16

UNITED STATES
POSTAL SERVICE®

1000          19106

U.S.M.S. X-RAY

RECEIVED

JAN 2 0 2022