## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT W. JOHNSON,      :
    Plaintiff,         :
                :
    v.              :         CIVIL ACTION NO. 22-CV-0310
                :
DEVON DAEMER, *et al.*,    :
    Defendants.      :

## ORDER

AND NOW this 29th day of June, 2022, it appearing that Plaintiff Robert W. Johnson has not complied with this Court's Order filed on April 29, 2022 (Doc. No. 8), which granted him a third opportunity to either proceed with this case by paying $402 (comprising the $350 filing fee and $52 administrative fee) or complete an application for *in forma pauperis* that makes clear to the Court how he is supporting himself and that clarifies the issues noted in the Court's Orders dated February 2, 2022, February 22, 2022, and April 29, 2022 (Docs. No. 4, 6, 8), it is hereby **ORDERED** that:

1. Johnson's Motion to Proceed *In Forma Pauperis* (Doc. No. 7) is **DENIED**.

2. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3. The Clerk of Court is **DIRECTED** to close this matter.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**