# U.S. DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Robert W. Johnson,
Plaintiff

v.

Devon Daemer, et al.,
Defendants.

NOTICE OF APPEALS,
PRO SE CORPORATION,
DEFAULT JUDGEMENT &
WHISTLEBLOWER

I, Robert W. Johnson, reserves all rights for Appeals and exhaustions of Administrative Remedies available. Robert W. Johnson requests WHISTLEBLOWER probes and Pro Se Corporation probes and Default Judgement against all Defendants.

Robert W. Johnson

Robert W. Johnson

06/30/2022

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT W. JOHNSON,      :

     Plaintiff,      :

     :

v.      :      **CIVIL ACTION NO. 22-CV-0310**

     :

DEVON DAEMER, *et al.*,      :

     Defendants.      :

## ORDER

AND NOW this 29th day of June, 2022, it appearing that Plaintiff Robert W. Johnson has not complied with this Court's Order filed on April 29, 2022 (Doc. No. 8), which granted him a third opportunity to either proceed with this case by paying $402 (comprising the $350 filing fee and $52 administrative fee) or complete an application for *in forma pauperis* that makes clear to the Court how he is supporting himself and that clarifies the issues noted in the Court's Orders dated February 2, 2022, February 22, 2022, and April 29, 2022 (Docs. No. 4, 6, 8), it is hereby **ORDERED** that:

1.      Johnson's Motion to Proceed *In Forma Pauperis* (Doc. No. 7) is **DENIED**.

2.      This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3.      The Clerk of Court is **DIRECTED** to close this matter.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

_____

**KAREN SPENCER MARSTON, J.**

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Civil Cover Sheet, Civil Complaint & IFP Application on 06/30/2022 upon :

1. Court Clerk : U.S. Courts ;
   601 Market St. : #2609 ; Philadelphia, PA 19106.

Robert W. Johnson
Robert W. Johnson

06/30/2022

ROBERT W. JOHNSON
112 COURT ST. APT. 2
WATERTOWN, NY 13601

COURT CLERK
U.S. COURTHOUSE
601 MARKET ST. #2609
PHILADELPHIA, PA 19106

19106-173255




CLEVELAND OH 440

UNITED STATES
POSTAL SERVICE ®

1000          19106

U.S. POSTAGE PAID
FCM LETTER
CANTON, OH
44705
JUL 08, 22
AMOUNT
$0.58
R2305K131196-97

RECEIVED
JUL 1 1 2022

U.S.D.C. - N.Y.